LOCAL FORM 2
PAY ADVICE COVER SHEET

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                                          )
    **Leslie Paul Shrum**                ,        )
                                        ,        )        Case No. _____
                                                 )        Chapter    **7**
Debtor..                                         )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑        Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **VIP Electric & Security OK** | **01/01/2020** | **07/17/2020** |
| | | |
| | | |
| | | |
| | | |

☐        The debtor certifies by his/her signature below that he/she has no pay records because:_____

Dated on    **July 22, 2020**   .

**/s/ Leslie Paul Shrum**

**Leslie Paul Shrum**

(Debtor Signature)

☐ Pro se Debtor

☑ Represented by Counsel

**/s/ L. Todd Nalagan OBA#**

(Attorney Signature)

**L. Todd Nalagan OBA# 18119**
**3750 W. Main St.**
**Ste. AA**
**Norman, OK 73072**
**405-364-1668**
**1-866-260-5899**
**Lnalagan1@cox.net**

**VIP Electric & Security OK # 1043 / #52724**

**Payroll Details**

**Jan 01 - Dec 31, 2020**

| | Pay | Rate | Hrs | Amt | Deduction | Amt | Employee | Amt |
|---|---|---|---|---|---|---|---|---|
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.33 |
| Net | | | | | | | Med | $31.42 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.34 |
| Net | | | | | | | Med | $31.41 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.33 |
| Net | | | | | | | Med | $31.42 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.33 |
| Net | | | | | | | Med | $31.42 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.34 |
| Net | | | | | | | Med | $31.41 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| Shrum, | Sal | $25.00 | 86.67 | $2,166.67 | | | FIT | $227.00 |
| Leslie P. | | | | | | | SS | $134.33 |
| Net | | | | | | | Med | $31.42 |
| $1,688.92 | | | | | | | OK PIT | $85.00 |
| **Total** | | | | | | | | |
| | | | | | | | | |
| Net | Sal | | 520.02 | ######## | | | FIT | $1,362.00 |
| $10,133.5 | | | | | | | SS | $806.00 |
| 2 | | | | | | | Med | $188.50 |
| | | | | | | | OK PIT | $510.00 |
| **Grand Total** | | | | | | | | |
| | | | | | | | | |
| Net | | | 520.02 | ######## | | | | $2,866.50 |

| Company Amt | Company Amt | |
|---|---|---|
| | FUTA | $0.00 |
| | SS | $134.33 |
| | Med | $31.42 |
| | OK SUI | $2.17 |
| | FUTA | $0.00 |
| | SS | $134.34 |
| | Med | $31.41 |
| | OK SUI | $2.17 |
| | FUTA | $3.00 |
| | SS | $134.33 |
| | Med | $31.42 |
| | OK SUI | $2.17 |
| | FUTA | $13.00 |
| | SS | $134.33 |
| | Med | $31.42 |
| | OK SUI | $2.16 |
| | FUTA | $13.00 |
| | SS | $134.34 |
| | Med | $31.41 |
| | OK SUI | $2.17 |
| | FUTA | $13.00 |
| | SS | $134.33 |
| | Med | $31.42 |
| | OK SUI | $2.17 |
| | | |
| | FUTA | $42.00 |
| | SS | $806.00 |
| | Med | $188.50 |
| | OK SUI | $13.01 |
| | | $1,049.51 |